UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-80866-RAR

**LUIS SANCHEZ,**

    Plaintiff,

v.

**PREMIER GENERAL SERVICES, INC. and
FLORIDA POWER & LIGHT COMPANY,**

    Defendants.

_____/

**ORDER REQUIRING JOINT SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **June 30, 2020**. In addition, by **June 30, 2020**, the parties, including governmental parties, must file Certificates of Interested Parties and Corporate Disclosure Statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the Certificates.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 3rd day of June, 2020.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**

---

[1] The parties must not include Judge Ruiz as an interested party unless he has an interest in the litigation.