UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-80866-RAR

**LUIS SANCHEZ,**

    Plaintiff,

v.

**PREMIER GENERAL SERVICES, INC. and FLORIDA POWER & LIGHT COMPANY,**

    Defendants.

_____/

**ORDER REQUIRING REMOVAL STATUS REPORT**

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record.  Counsel for the removing party is directed to file and serve a *Removal Status Report* no later than **June 16, 2020**.  Failure to file a timely *Removal Status Report* shall be grounds for remand.  In addition to the *Removal Status Report*, counsel for the removing party must file copies of all records in the state court proceedings by the aforementioned date.

The *Removal Status Report* shall contain the following:

(1)    A plain statement of the nature of the claim and any counterclaim, cross-claim or third-party claim made in state or federal court, including the amount of damages claimed and any other relief sought.

(2)    A plain statement of the grounds for removal and a listing of all parties to the action, including parties to any third-party claim.  The statement must explain the grounds for this Court's subject matter jurisdiction with reference to the complaint.

(3)    A list of all pending motions.

(4)    In cases where there are more than one Defendant, a brief statement explaining whether or not all Defendants have joined in or consented to the notice of removal.

(5) A statement regarding whether Defendant has removed the action within thirty (30) days after the receipt by Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based, or within thirty (30) days after service of summons upon Defendant, if such initial pleading has then been filed in court and is not required to be served on Defendant in the action.

If the removing party has provided some or all the information requested above, briefly summarize the information requested and direct the Court to the location of the information in the record. Failure of the removing party or parties to timely provide in the *Removal Status Report* the information requested above, or information required pursuant to 28 U.S.C. § 1446(a), may result in remand of the action.

Counsel for the removing party shall provide copies of this Notice to all concerned parties.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 3rd day of June, 2020.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**